

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY PHILLIPE VALENZUELA,<br><br>　　　　Defendant. | Case No. SA13-249M<br><br>ORDER OF DETENTION<br><br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

　　　　The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Ann Aiken, Chief United States District Judge, of the United States District Court for the District of Oregon, for an alleged violation of the terms and conditions of the defendant's supervised release; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),  The Court finds that:

A.　　(　)　　The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense, the defendant's lack of bail resources, lack of a stable residence, and the nature of the charge offense, which indicates the defendant is unlikely to comply with conditions of release; and

1  B.   ()   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and his criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings in the charging district.

Dated: June 5, 2013

/s/   Arthur Nakazato
ARTHUR NAKAZATO
UNITES STATES MAGISTRATE JUDGE